UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

| | |
|---|---|
| ANTONIO M. AGEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06-CV-0083 TCM |
| ) | |
| TROY STEELE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on plaintiff's failure to comply with this Court's Order of August 2, 2006 [Doc. #24].

On August 2, 2006, this Court ordered plaintiff to submit within thirty days a certified copy of his inmate trust fund account statement or to file a motion to withdraw his appeal. See 28 U.S.C. § 1915(a)(1), (2). Thirty days have now passed and plaintiff has failed to submit the required documents for processing an in forma pauperis appeal or for withdrawing his appeal.

Accordingly,

**IT IS HEREBY ORDERED** that within thirty (30) days from the date of this order, plaintiff shall pay to this Court the full $455 filing and docketing fees for filing an appeal.[1]

---

[1] Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of September, 2006.